IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CHRISTINA BURTON                                          PLAINTIFF

V.                                            CIVIL ACTION NO.: 2:03CV86-P-A

WINN-DIXIE LOUISIANA, INC.                                 DEFENDANT

## **FINAL JUDGMENT**

CAME ON this day to be heard the joint motion [66-1] by the plaintiff and the defendant to dismiss this matter with prejudice, and the Court, being advised that the parties have reached an amicable compromise and settlement of the above captioned matter, finds the motion to be well taken and should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that:

(1) The joint motion [66-1] to dismiss with prejudice is GRANTED;

(2) All of the claims of the plaintiff are hereby DISMISSED WITH PREJUDICE, each side to bear its own costs; and

(3) This case is CLOSED.

SO ORDERED AND ADJUDGED this the 13th day of April, A.D., 2006.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE

**AGREED BY:**

s/Kelly W. McMullan
Leland S. Smith (MSB 7652)
Kelly W. McMullan (MSB 100342)
WILKINS, STEPHENS & TIPTON, P.A.
One LeFleur's Square
P. O. Box 13429
Jackson, MS 39236-3429
(601) 366-4343
*Attorneys for Defendants Winn-Dixie Louisiana, Inc.*


s/Jonathan Masters
Jonathan Masters, (MSB 99419)
Holcomb Dunbar, PA
1217 Jackson Avenue
Post Office Drawer 707
Oxford, Mississippi 38655
*Attorney for Plaintiff Christina Burton*